UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIRECT GENERAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>CHRISTOPHER EVANS and POLINA DENISSOVA, individually and as co-administrators of the ESTATE OF ANDREW EVANS, ROGER HARTSFIELD and D. MAX HIRSH, as administrator of the ESTATE OF SHANNON HARTSFIELD,<br><br>        Defendants. | CIVIL ACTION<br>CASE NO. 1:23-cv-03491-ELR |

## PLAINTIFF'S EXPERT DISCLOSURE

Plaintiff, DIRECT GENERAL INSURANCE COMPANY, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), this Court's November 3, 2023 Scheduling Order, February 16, 2024 Order Granting Joint Motion for Extension of Expert Discovery Period, and Minute Order of April 30, 2024, hereby submits the name of the expert witness it anticipates calling to testify at trial to provide expert testimony in his respective field.

Case No. 1:23-cv-03491-ELR

## **RETAINED EXPERT**

1. *Bernd G. Heinze, Esquire*
   Insurance Claims Handling and Bad Faith Expert
   The Heinze Group, LLC
   610 Freedom Business Center, Suite 110
   King of Prussia, PA  19406

The undersigned further certifies that on this date it has served on Defendants all required reports and disclosures.

Dated:  June 18,  2024

            Respectfully Submitted,

            **HINSHAW & CULBERTSON LLP**

            s/ *Rory Eric Jurman*

            Rory Eric Jurman
            Georgia State Bar No. 194646
            rjurman@hinshawlaw.com
            201 East Las Olas Boulevard
            Suite 1450
            Ft. Lauderdale, FL 33301
            Telephone: 954-467-7900
            Facsimile: 954-467-1024
            Secondary: vharris@hinshawlaw.com
            *Attorney for Direct General Insurance Company*

Case No. 1:23-cv-03491-ELR

## **CERTIFICATE OF COMPLIANCE**

I HEREBY CERTIFY that this document has been prepared in Times New Roman, 14-point font in accordance with and as approved by the Court in Local Rule 5.1(C).

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on June 18, 2024, that a true and correct copy of the foregoing has been furnished to the individuals listed below via e-mail and among other delivery method so indicated upon:

| | |
|---|---|
| Bruce Hagen, Esq.<br>Matthew R. Hagen, Esq.<br>Hagen Rosskopf, LLC<br>119 North McDonough Street<br>Decatur, GA 30030<br>Phone: (404) 751-0294<br>Email: bruce@hagen-law.com;<br>matt@hagen-law.com<br>**Counsel for Polina Denissova** | Roger Hartsfield<br>29 Duncan Drive SW<br>Cartersville, GA 30120<br>**Pro Se Defendant**<br>**Via U.S. Mail** |
| William A. Parker, Jr., Esq.<br>Montlick & Associates, P.C.<br>17 Executive Park Drive,<br>Suite 300<br>Atlanta, GA 30329<br>Phone: (404) 235-5000<br>Fax: (678) 539-5905<br>Email: bparker@montlick.com<br>**Counsel for Christopher Evans** | Richard E. Dolder, Esq.<br>James (Jay) Sadd, Esq.<br>Slappey & Sadd, LLC<br>352 Sandy Springs Circle, NE<br>Atlanta, GA 30328<br>(404) 255-6677 (office)<br>(404) 345-0590 (mobile)<br>Email: Rich@lawyersatlanta.com;<br>jay@lawyersatlanta.com<br>**Counsel for D. Max Hirsh** |

1052192\320993072.v1