IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIRECT GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER EVANS and POLINA DENISSOVA, individually and as co-Administrators of the ESTATE OF ANDREW EVANS, ROGER HARTSFIELD and D. MAX HIRSH, as administrator of the ESTATE OF SHANNON HARTSFIELD, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 1:23-cv-03491-ELR |

### DEFENDANT D. MAX HIRSH'S DISCLOSURE OF EXPERT TESTIMONY THAT MAY BE PRESENTED AT TRIAL

Pursuant to Federal Rule of Civil Procedure 26(a)(2), the Court's November 3, 2023 Scheduling Order (doc 35), the Court's February 16, 2024 Order Granting Joint Motion for Extension of Expert Discovery Period (doc 55) and Minute Order of April 30, 2024, Defendant D. Max Hirsh, as administrator of the Estate of Shannon Hartsfield, discloses that he may at trial present opinion testimony from the following:

- Dax E. López, Esq.; and

- Louis G. Fey, Jr.

The undersigned further certifies that on this date he has served on all parties all required reports and disclosures.

Respectfully submitted on June 24, 2024.

    */s/ Richard E. Dolder*
    James (Jay) Sadd
    Georgia Bar No. 622010
    Richard E. Dolder, Jr.
    Georgia Bar No. 220237
    **SLAPPEY & SADD, LLC**
    352 Sandy Springs Circle
    Atlanta, Georgia 30328
    (404) 255-6677 (telephone)
    jay@lawyersatlanta.com
    rich@lawyersatlanta.com
    *Attorneys for Mr. Hirsh*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Defendant D. Max Hirsh's Disclosure of Expert Testimony That May Be Presented at Trial** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for all parties. I further certify that I caused a copy of the foregoing to be served via U.S. mail on the following *pro-se* party:

> Roger Hartsfield
> 29 Duncan Drive SW
> Cartersville, GA 30120

I further certify that the foregoing was prepared in Times New Roman 14pt font and otherwise complies with Local Rule 5.1.

Respectfully submitted June 24, 2024.

> */s/ Richard E. Dolder, Jr.*
> Richard E. Dolder, Jr.
> Georgia Bar No. 220237
> **SLAPPEY & SADD, LLC**
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (telephone)
> rich@lawyersatlanta.com
> *Attorney for Mr. Hirsh*