**From:** Matoy, Jeanna
**Sent:** Wednesday, August 15, 2018 4:03 PM
**To:** 'mds@grsmb.com'
**Subject:** 3433126 - New request
**Attachments:** PR.tiff; Demand for Andrew.tiff; Dec page.PDF; Demand for Nancy.tiff

Hello, I am forwarding you the message I got, to refer to you for Global pro rata settlement.

3433126
Date of loss 07/27/2018
Loss occurred in Adairsville, GA - Bartow County
Intersection loss: 2 vehicle loss, IV ran stop and was broadsided by CV

Insured- Roger Hartsfield
Driver- Shannon Hartsfield

3 passengers in IV- all died due to injuries.

Nancy Evans – 53
Andrew Evans – 6

Atty for – both Evans
Montlick & Associates
17 Executive Park Dr. #300
Atlanta, GA 30329
404-529-6333

Richie Willis 36

Glenda Mitchell Law Firm
807 N Tennessee St. #104
Cartersville, GA 30102
770-694-1883

Thanks

Jeanna Matoy
National General Insurance Company
Claims Representative
PO Box 1623
Winston-Salem, NC 27102
469-680-0389
800-924-0273 Fax
Email – claims@ngic.com



**EXHIBIT**
**F**

1

**From:** Greer, Ellen
**Sent:** Monday, August 13, 2018 1:44 PM
**To:** Quackenbush, Andrew
**Cc:** Salas, Stevie; Matoy, Jeanna
**Subject:** RE: 3433126

Andy, thanks for the opportunity to provide input on this GA MCC issue, with 2 time-limit demand letters.

As we discussed, the loss occurred in Bartow County (49 miles north of Fulton County/Atlanta).

Given the 3 fatality claims, I agree that it would be a good idea to engage Mike St Amand to negotiate a global pro rata settlement of all parties, and to meet the respective settlement terms of each demand letter.

If we have not already done so, I recommend that we provide a copy of the time-limit demands to the insured immediately, & keep the insured informed about the status of those demands.

Per the demand letter of attorney Roy Chumley, the 30 day due date will be determined from the US postal green card return-receipt.

As these claims develop, if I can assist further, please let me know. Thanks.

---

**From:** Quackenbush, Andrew
**Sent:** Monday, August 13, 2018 11:51 AM
**To:** Greer, Ellen
**Cc:** Salas, Stevie; Matoy, Jeanna
**Subject:** 3433126

Hi Ellen –

New loss with 3 fatalities (well 4 if you include our driver) and multiple injuries in OV.

We have 30 day demands in file for 2 of the 3 passenger fatalities, plus a letter of rep for the 3rd passenger.

Looks like OV had UM and those 4 claimants may have a source of recovery.

Think we should look at some sort of Global Settlement Conference given all the potential exposures.

I do not believe the 30 days has started yet as the demands both state that they will use the date of delivery on the Green Card. We received via fax (8/9/18) and I do not believe we have received the mailed demands yet.

Would appreciate any guidance you can provide.

Thanks,

Andy

Andrew G. Quackenbush
Regional Claims Manager
PO Box 1623
Winston Salem, NC 27102-1623

DGIC 000092

(469) 713-7044







DGIC 000093