IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIRECT GENERAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTOPHER EVANS, et al. )<br><br>Defendants. ) | CIVIL ACTION<br>FILE NO. 1:23-cv-03491-ELR |

## AFFIDAVIT OF LUVON BAGGETT

Personally appeared before me, the undersigned officer authorized to administer oaths, LuVon Baggett, who first being sworn, deposes and states as follows:

1.

My name is LuVon Baggett. I am over 21 years of age and legally competent to execute this affidavit. The facts stated herein are based on my personal knowledge and are true and correct.

2.

I am a case manager at the law firm of Montlick & Associates, P.C. and have been employed with the law firm for 23 years. As a case manager, part of my duties

**EXHIBIT G**

involve training and supervising legal assistants and overseeing the individual case files assigned to legal assistants.

3.

At our law firm, legal assistants are responsible for the day-to-day handling of their assigned case files, specifically including, communicating with insurance adjusters and other parties, setting up insurance claims, and processing mail and other correspondence. This would include saving, in digital format, any type of correspondence or other documents related to the assigned case file, whether received via U.S. mail, express service, email, or fax in our firm's computer system in designated folders in the assigned case file.

4.

From 2018 - 2020, Kim Webb was the legal assistant assigned to the case file for our client Christopher Evans for the wrongful death of his son Andrew Evans. The attorney handling the case file at that time was Rory Chumley.

5.

I am very familiar with our firm's processes for sending letters of representation to insurance carriers and requests for pre-suit disclosure of policy limits. Our firm's request for pre-suit disclosure of policy limits is a standard form letter generated by legal assistants and signed, under oath, by the attorney handling

the case file. We have standard and required procedures for filing and saving pre-suit disclosures of policy limits and other responses when received.

6.

On August 7, 2018, Rory Chumley sent a request for pre-suit disclosure of policy limits to Jeanna Matoy via certified mail. Our firm's standard form letter for request for pre-suit disclosure of policy limits specifically states that the insurance carrier may provide a copy of the declarations page in lieu of providing the insurance policy information under oath.

7.

On review of the file, there is no correspondence from Jeanna Matoy, or anyone else from Direct General Insurance Company, on August 8, 2018, or at any time after that date, containing an acknowledgment of representation letter or a copy of the Direct General declarations page for Shannon Hartsfield.

8.

The only written disclosure of policy limits our law firm received with regard to any Direct General Insurance Company policy for Shannon Hartsfield was on October 8, 2018 and it was saved in the file on that date.

FURTHER AFFIANT SAYETH NOT.

_____
LuVon Baggett

Sworn to and subscribed before me
this __10__ day of September, 2024.

_____
Notary Public

My Commission Expires: __05/26/2026__