

**From:** Quackenbush, Andrew <andrew.quackenbush@ngic.com>
**Sent:** Friday, August 24, 2018 10:21 AM
**To:** Quackenbush, Andrew <Andrew.Quackenbush@ngic.com>; Matoy, Jeanna <Jeanna.Matoy@NGIC.COM>
**Subject:** Conversation with Quackenbush, Andrew

andrew.quackenbush@ngic.com 9:18 AM:
  hey Jeanna.  3433126 is on my diary today.  Remind me why we closed all of the Justice's claims?  Looks like you got a letter or rep today for one of them.
Matoy, Jeanna 9:18 AM:
  They have UM with own carrier and adjuster said she would take care of them since we have fatalities in IV
  But will advised Def. Counsel
Quackenbush, Andrew 9:19 AM:
  Perfect, thanks.

---

Note: Please be aware that unencrypted electronic mail is not secure. For this reason, please do not send any sensitive personal information such
as your address, driver license, policy number, Social Security Number, or claims information by unencrypted electronic mail. The information
contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient,
or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution
or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying
to the message and deleting it from your computer. Thank you.

**EXHIBIT H**

1

DGIC 006756