Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

DIRECT GENERAL INSURANCE    :
COMPANY,                    :
                            :
    Plaintiff,              :
                            :
    VS.                     : CIVIL ACTION CASE NO.:
                            :   1:23-cv-03491-ELR
CHRISTOPHER EVANS and POLINA :
DENISSOVA, individually and :
as co-administrators of the :
ESTATE OF ANDREW EVANS, ROGER :
HARTSFIELD and D. MAX HIRSH, :
as administrator of the ESTATE:
OF SHANNON HARTSFIELD,      :
                            :
    Defendants.             :
_____         _____

JULY 26, 2024                                  11:00 A.M.

    Zoom deposition of Louis Fey, Jr., called before Cathy

M. Kikel, Certified Court Reporter, State of Georgia,

Certificate No. 6245 0169 6181 0432, testimony taken

beginning at approximately 11:00 a.m., July 26, 2024.



EXHIBIT N

```
                                                              Page 54
1      So, the handling adjustor escalated it to management and
2   to senior claims counsel.  Those two, Crackenbush  - I keep
3   getting it mixed up  - Cracken  -
4        Q    Crackenbush.  Crackenbush.
5        A    -- yeah.  Crackenbush.  I keep wanting to call him
6   Crackenberry for some reason. It might be a cereal or
7   something.  Anyway, he and senior claims counsel got involved
8   and basically took away claim handling from Matoy.  I think
9   her name was Matoy and she basically became a, you know, just
10  basically just doing what they were telling her to do at that
11  point.
12       But nobody bothered to say, hey, we ve got to respond to
13  his demand within 30 days.  Call him.  And I know your
14  argument now, Direct General s argument now is that they were
15  confused by the demand.  But if you re confused, you pick up
16  the phone, you call the attorney and you say, hey, we re
17  confused.  Can you answer some questions for us?  We ll make
18  sure we understand this.
19       Matoy indicated it was $100,000 demand which it wasn t.
20  It was a policy limits demand.  I ve read the thing like 50
21  times.
22       Q    Well, it does say $100,000 in the demand.
23       A    As an example.  It was clearly a policy limits
24  demand.  So, take it for what you will.
25       Q    And what  - what do you think the purpose of the
```

