Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIRECT GENERAL INSURANCE COMPANY,

   Plaintiff,

vs. Civil Action Case No.: 1:23-cv-03491-ELR

CHRISTOPHER EVANS and POLINA DENISSOVA, individually and as co-administrators of the ESTATE OF ANDREW EVANS, ROGER HARTSFIELD and D. MAX HIRSH, as administrator of the ESTATE OF SHANNON HARTSFIELD,

   Defendants.

        *   *   *   *   *   *   *   *   *

        IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the stenographic and videotaped deposition of:

        CHRISTOPHER RANDY EVANS,

may be taken before Tammy Clark August, Certified Court Reporter, pursuant to the Federal Rules of Civil Procedure, via Zoom, on the 26th day of March, 2024, commencing at or about 9:03 a.m.



EXHIBIT P

Page 40

1    Q.   Did you speak with Polina Denissova
2  regarding your policy limits demand?
3    A.   My lawyers were working with hers,
4  and they were all made aware of everything,
5  so.  As far as I know --
6    Q.   How -- I'm sorry.  Go ahead.  I -- I
7  apologize, Mr. Evans.  Go ahead.
8    A.   Our lawyers were communicating
9  together to, you know, protect both of our
10  interests.
11    Q.   So this letter that was sent out on
12  behalf of you as the surviving parent of
13  Andrew Evans, was that meant to be on behalf
14  of Ms. Polina Denissova as well?
15    A.   Well, Rory informed me that any --
16  anything from the case would be representing
17  mine and her interest, yes.
18    Q.   Is there any reason why you didn't
19  reach out to her to also retain Montlick &
20  Associates?
21    A.   No.
22    Q.   Was that something you left to your
23  lawyer?
24    A.   Yes.
25    Q.   Okay.  But your understanding was



Page 41

1  that this demand that went out for policy
2  limits would bind Polina Denissova, correct?
3      A.   That's correct.
4      Q.   Are you aware that Ms. Denissova
5  retained her own attorneys?
6      A.   Yes.
7      Q.   Okay.  And so with this demand here,
8  how would that bind her if she had her own
9  attorneys?
10     A.   As far as I know, I was informed it
11 was Georgia state law that it's -- it's the
12 interest of both parents.
13     Q.   Okay.  And who had primary custody
14 of Andrew Evans?
15     A.   Polina had primary custody.
16     Q.   How often did you see Andrew Evans
17 in 2018?
18     A.   Every other weekend, and also we
19 made arrangements to have some other days
20 during the week.
21     Q.   Okay.  How many days during the week
22 on average did you see Andrew Evans?
23     A.   It was every other weekend and then
24 occasionally in the middle of the week, and
25 then during the summer, I would get a certain

