Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

DIRECT GENERAL INSURANCE COMPANY,

  Plaintiff,


vs. Civil Action Case No.: 1:23-cv-03491-ELR


CHRISTOPHER EVANS and POLINA DENISSOVA,

individually and as co-administrators of the

ESTATE OF ANDREW EVANS, ROGER HARTSFIELD and

D. MAX HIRSH, as administrator of the ESTATE

OF SHANNON HARTSFIELD,

  Defendants.

       *   *   *   *   *   *   *   *   *

      IT IS STIPULATED AND AGREED, by and

between the parties through their respective

counsel, that the stenographic and videotaped

deposition of:

      POLINA SERGEEVNA DENISSOVA,

may be taken before Tammy Clark August,

Certified Court Reporter, pursuant to the

Federal Rules of Civil Procedure, via Zoom,

on the 26th day of March, 2024, commencing at

or about 11:01 a.m.



EXHIBIT

Q

Page 30

```
 1        A.    Because -- because my attorneys came
 2   highly recommended.
 3        Q.    Okay.  Did you have any reason to
 4   believe that Mr. Evans would not protect your
 5   interest?
 6        A.    No.
 7        Q.    Okay.  So you trust him, correct?
 8        A.    Yes.
 9        Q.    Okay.  With respect to any
10   settlement proceeds in this case, do you
11   recall ever getting any money paid out from
12   any carrier, whether it be your own?  Do you
13   recall receiving money?
14        A.    Yes.
15        Q.    Okay.  Tell me about that.
16        A.    I don't remember specifically how
17   much, but there were definitely some payouts
18   from some insurance, including my own, I
19   think.
20        Q.    And who was your own -- who did you
21   have a policy with?
22        A.    I don't recall.
23        Q.    Okay.  But you recall receiving some
24   sort of monetary payment?
25        A.    Correct.
```


MAGNA
LEGAL SERVICES